AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br><br>36 C.F.R. § 1004.23(c)(2) (Refusal to submit to chemical test);<br>36 C.F.R. § 1002.32(a)(2) (Failure to Obey a Lawful Order)<br><br>PENALTY:<br>Maximum Prison Term 6 months<br>Maximum Fine $5,000<br>Mandatory Special Assessment $10 | ☐ Petty<br>☐ Minor<br>☒ Misdemeanor<br>☐ Felony | DEFENDANT - U.S.<br>▶ SHELL JOHNSON THOMAS<br><br>DISTRICT COURT NUMBER<br>CR 08 -0101 MAG<br><br>FILED<br>FEB 27 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| **PROCEEDING**<br>Name of Complainant Agency, or Person (&Title, if any)<br>U.S. Park Police, National Park Service, Department of the Interior<br><br>☐ person is awaiting trial in another Federal or State Court, give name of court<br><br>☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District<br><br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant<br>☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under<br><br>SHOW DOCKET NO.<br><br>MAGISTRATE CASE NO. || **DEFENDANT**<br>**IS NOT IN CUSTODY**<br>1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 11/1/2007<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District)<br><br>**IS IN CUSTODY**<br>4) ☐ On this charge<br>5) ☐ On another conviction<br>6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State<br>If answer to (6) is "Yes", show name of Institution<br><br>Has detainer been filed? ☐ Yes  ☐ No } If "Yes" give date filed<br><br>DATE OF ARREST ▶ 11/1/2007   Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year |
| Name and Office of Person Furnishing Information on THIS FORM   Joseph P. Russoniello<br>☒ U.S. Att'y  ☐ Other U.S. Agency<br>Name of Asst. U.S. Att'y (if assigned)   Wendy Thomas || ☐ This report amends AO 257 previously submitted |

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
439 Lombard Street
San Francisco, CA 94133

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

**FILED**

FEB 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| UNITED STATES OF AMERICA, | ) CR. No. 08      0101 |
|---|---|
| Plaintiff, | ) VIOLATIONS: Title 36, Code of Federal Regulations, §1004.23(c)(2), Refusal to Submit to a Chemical Test (Class B Misdemeanor); Title 36, Code of Federal Regulations, § 1002.32(a)(2), Failure to Obey a Lawful Order (Class B Misdemeanor) |
| v. | |
| SHELL JOSEPH THOMAS, | |
| Defendant. | ) SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: Title 36, Code of Federal Regulations, § 1004.23(c)(2), Refusal to Submit to a Chemical Test

On or about November 1, 2007, while within the boundaries of an area under the purview of the National Park Service and administered by the Presidio Trust in the Northern District of California, the defendant,

SHELL JOSEPH THOMAS,

refused the request and direction of an authorized person to submit to a test of blood and breath for the purpose of determining the defendant's blood alcohol when the authorized person had

INFORMATION

probable cause to believe the defendant operated a motor vehicle while under the influence of alcohol, in violation of Title 36, Code of Federal Regulations, Section 1004.23(c)(2), a Class B Misdemeanor.

COUNT TWO: Title 36, Code of Federal Regulations, § 1002.32(a)(2), Failure to Obey a Lawful Order

On or about November 1, 2007, while within the boundaries of an area under the purview of the National Park Service and administered by the Presidio Trust in the Northern District of California, the defendant,

SHELL JOSEPH THOMAS,

did violate the lawful order of a government employee and agent authorized to maintain order and control public access and movement during law enforcement actions, in violation of Title 36, Code of Federal Regulations, Section 1002.32(a)(2), a Class B Misdemeanor.

DATED: February 22, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION