JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6809
    Fax:    (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>v. )<br>SHELL JOSEPH THOMAS, )<br>    Defendant. ) | Case No. CR 08-0101 MAG<br><br>**DECLARATION OF DONALD MAGILLIGAN IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |

I, Donald Magilligan, hereby declare as follows:

1. I am a law clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from United States Park Police officers employed by the National Park Service and from reports and other documents provided to me by the National Park Service.

2. On November 1, 2007 Golden Gate Bridge Transportation District Patrol Officer Jeremy Fritz ("Fritz") was patrolling Lincoln Boulevard at Battery East in an area administered by the Presidio Trust in the Northern District of California. At approximately 9:30 p.m., Fritz came upon a male adult, later identified as Shell Joseph Thomas ("Defendant"), who was walking around an illegally parked vehicle. The vehicle was parked in the road, two feet from the curb,

and blocking a lane of traffic. The vehicle's hazard lights were not illuminated.

3. Fritz contacted Defendant who said "I was driving and the battery went out." Defendant appeared disoriented. Fritz noticed the distinct odor of alcohol, so he asked Defendant to have a seat on the sidewalk. Instead, Defendant took off running. Fritz re-contacted Defendant without incident.

4. United States Park Police Officer James Guenette ("Guenette") responded to the scene. He conducted a records check on the vehicle which revealed that it was registered to one Shell Thomas. Guenette contacted Defendant. Guenette immediately noticed the distinct odor of alcohol. Guenette also noticed that Defendant had an unsteady gait, bloodshot and watery eyes, and slurred speech.

5. Guenette asked Defendant why the vehicle was parked in the road. Defendant said his friend was driving, but he could not remember his friend's name. Guenette detained Defendant on suspicion of driving under the influence and transported him to the U.S. Park Police station.

6. At the station, Guenette read Defendant his Miranda rights. Defendant refused to answer questions. He also refused to submit to Field Sobriety Tests and the Preliminary Alcohol Screening test. Guenette arrested Defendant for driving under the influence. Guenette read Defendant the chemical admonition, and Defendant refused to provide either a blood or breath sample.

7. I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed February 29, 2008, at San Francisco, California.

                                                      /s/
                                        DONALD MAGILLIGAN
                                        Law Clerk
                                        United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0101 MAG