1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0101 MAG |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER FOR SUMMONS** |
| SHELL JOSEPH THOMAS, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Donald Magilligan, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Shell Joseph Thomas, 439 Lombard Street, San Francisco, California 94133, to appear on March 27, 2008 at 9:00 a.m. before Magistrate Judge Joseph C. Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____

JOSEPH C. SPERO
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0101 MAG