1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11  UNITED STATES OF AMERICA,          )   Case No. CR 08-0101 MAG
                                       )
12         Plaintiff,                  )
                                       )
13     v.                              )   [PROPOSED] ORDER FOR SUMMONS
                                       )
14  SHELL JOSEPH THOMAS,               )
                                       )
15         Defendant.                  )
                                       )
16
17
       Having reviewed the Declaration of Donald Magilligan, the Court finds that probable cause
18
   exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
19
   58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Shell
20
   Joseph Thomas, 439 Lombard Street, San Francisco, California 94133, to appear on March 27,
21
   2008 at 9:30 a.m. before Magistrate Judge Joseph C. Spero to answer the Information that has
22
   been filed by the United States Attorney.
23
24
       IT IS SO ORDERED.
25
26  Dated:  3/3/08
                                              _____
27                                            JOSEPH C. SPERO
                                              United States Magistrate Judge
28

ORDER FOR SUMMONS
Case No. CR 08-0101 MAG